# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Chambers of**<br>**MADELINE COX ARLEO**<br>United States Magistrate Judge | Martin Luther King Courthouse<br>50 Walnut Street  - Room 2060<br>Newark, New Jersey 07101<br>(973) 297-4903 |

**LETTER-ORDER**
**ORIGINAL FILED WITH THE CLERK OF THE COURT**

April 28, 2010

| | |
|---|---|
| **PETER J. HECK**<br>NIEDWESKE BARBER, P.C.<br>98 WASHINGTON STREET<br>MORRISTOWN, NJ 07960 | **NATALIE GRILL EINSIG**<br>PEPPER HAMILTON LLP<br>100 MARKET STREET<br>SUITE 200<br>P.O. BOX 1181<br>HARRISBURG, PA 17108-1181 |
| **MICHAEL TERENCE PIDGEON**<br>PEPPER HAMILTON LLP<br>SUITE 400<br>301 CARNEGIE CENTER<br>PRINCETON, NJ 08543 | |

Re: Geraldine Barrett v The Bear Stearns
Companies, Inc., et al.
Civil Action No. 10-110 (JEI-AMD)

Dear Counsel:

   DONALD A. ROBINSON,  ESQUIRE is designated as the mediator in this civil action, which has been referred to mediation pursuant to Local Civil Rule 301.1 of this Court.  If you would like further information with regard to the mediation program, please review the Rule and Guidelines which are available on the Court's Web Site www.njd.uscourts.gov.

    The mediator will contact you shortly to discuss the mediation process.  Within fourteen (14) days from the date of this Letter-Order you should submit to the mediator, on a confidential and <u>ex parte</u> basis, a double-spaced position paper not longer than 10 pages in length.  Pleadings and
discovery materials should <u>not</u> be submitted to the mediator unless specifically requested.

    Please remember that counsel and parties are required to participate in the mediation process in good faith.  The Court expects that the responsible attorney will attend each mediation session and that, as requested by the mediator, the party or appropriate party representative will also attend.

**SO ORDERED**

s/ Madeline Cox Arleo
United States Magistrate Judge